George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Heather Stangel*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Heather Stangel,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Equifax Information Services LLC and LVNV Funding, LLC,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-01094<br><br>**Unopposed Motion for Extension of Time to File Dismissal Documents** |

　　　The dispute between Heather Stangel ("Plaintiff") and Equifax Information Services LLC ("Defendant") (together as the "Parties") has been resolved.

　　　On September 12, 2025, Plaintiff filed a Notice of Settlement and requested 60 days to file dismissal documents. ECF No. 13.

　　　Accordingly, Plaintiff, by and through counsel, hereby submits this Unopposed Motion for Extension of Time to File Dismissal Documents.

　　　The parties have reached settlement terms, and the settlement agreement is awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendant with Prejudice.

_____
STIPULATION　　　　　　　　　　　　　- 1 -

Plaintiff requests, and Defendant does not oppose the request, that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 30 days, until on or before **December 11, 2025**, to file dismissal documents.

Dated: November 11, 2025.

Respectfully submitted,

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsels for Heather Stangel*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: November 17, 2025

STIPULATION                         - 2 -